IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENWOOD DIVISION

| | | |
|---|---|---|
| Bulldog Erectors, Inc., | ) | Case No.: 8:08-CV-03394-HFF |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| | ) | |
| Truck Crane Service Company, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Considering the Unopposed Motion to Amend Scheduling Order filed by the Defendant Truck Crane Service Company in the above matter,

IT IS ORDERED that the October 10, 2008 Scheduling Order is vacated.

IT IS FURTHER ORDERED that the deadlines suggested in the proposed Amended Scheduling Order attached as Exhibit A are hereby adopted.

SO ORDERED this 26th day of March, 2009.

<u>s/Henry F. Floyd</u>
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE